# EXHIBIT B

## Patent Claims Analysis
## of
## US7030902: "Eternalism, a method for creating an appearance of sustained three-dimensional motion-direction of unlimited duration, using a finite number of pictures"

### against
### Target's Digital Signage

# US7030902B2
United States

| | |
|---|---|
| Inventor | Kenneth Jacobs |
| Current Assignee | Vdpp LLC |

**Worldwide applications**

2002 US

| Claims priority from a provisional application | 01/23/2001 | Expired |
|---|---|---|

Total patentTerm Adjustments
595 days

**for the damages period, we need evidence before 2022-01-22**

CLAIMS

1. A method for creating an appearance of continuous movement with a plurality of picture frames using two or more pictures, said method comprising:

　　a) selecting at least two image pictures which are visually similar, a first image picture and a second image picture;

　　b) selecting a bridging picture which is dissimilar to said image picture;

　　c) arranging said pictures in a sequential order to create a first series of pictures, said sequential order being one or more first image pictures, one or more second image pictures, and one or more bridging pictures;

　　d) placing said first series of pictures on a plurality of picture frames wherein each picture of said first series is placed on a single frame; and

　　e) repeating the first series of pictures a plurality of times to create a continuous plurality of picture frames having said first series thereon, such that when said plurality of picture frames are viewed an appearance of continuous movement is perceived by a viewer.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for creating an appearance of continuous movement with a plurality of picture frames using two or more pictures, said method comprising: | *Target's Digital Signage implements the Method of Claim 1.*<br><br><https://web.archive.org/web/20220121003827/https://www.target.com/><br><br>*Target's in-store digital signage displays sequences of images on large video walls.*<br><br>*The attached high-speed video (1000 fps) shows Target's signage displaying repeated image sequences with black frames inserted between them. This creates the appearance of continuous movement, satisfying the preamble.* |
| 1.1 | a) selecting at least two image pictures which are visually similar, a first image picture and a second image picture; | *Target's Digital Signage can select 2 image pictures which are visually similar.*<br><br>**BEFORE the bridging picture is shown.** |

| | | |
|---|---|---|
| | | <br><binfile:TargetVideoWallBFI.mp4> 2019-03-20<br><br>*AFTER the bridging picture is shown.*<br><br><br><binfile:TargetVideoWallBFI.mp4> 2019-03-20<br><br>*The high-speed recording shows two consecutive image frames that are visually similar (e.g., two frames of the same product display). Before the black bridging frame appears, the signage displays:*<br>*visually similar image pictures (as shown in the attached video frames)*<br>*These constitute the "first image picture" and "second image picture."* |
| 1.2 | b) selecting a bridging picture which is dissimilar to said image picture; | *Target's Digital Signage can select a bridging picture which is dissimilar to the image picture.*<br><br><br><binfile:TargetVideoWallBFI.mp4> 2019-03-20<br><br>*Target's signage uses Black Frame Insertion (BFI). The attached video shows:*<br>*"At 1000 fps the video clearly shows the use of BFI."*<br>*The black frame is dissimilar to the two visually similar images, satisfying the requirement for a "bridging picture."* |

| | | |
|---|---|---|
| 1.3 | c) arranging said pictures in a sequential order to create a first series of pictures, said sequential order being one or more first image pictures, one or more second image pictures, and one or more bridging pictures; | *Target's Digital Signage* can arrange the pictures in a sequential order to create a first series of pictures. The sequential order is one or more first image pictures, one or more second image pictures, and one or more bridging pictures.<br><br><br><binfile:TargetVideoWallBFI.mp4> 2019-03-20<br><br>| CreateDate | 2019:03:20 17:48:28+0000 |<br>\|---\|---\|<br>\| ModifyDate \| 2019:03:20 17:48:28+0000 \|<br><br>*A video of the advertisement (attached) was filmed in an Target store in Salem Oregon using a Casio EX-ZR100 camera at 1000 frames per second (fps).   At 1000 fps the video clearly shows the use of BFI.  Digital Signage runs at 60 fps and BFI is only perceived as a slight lessening of brightness.*<br><br>*The high-speed video shows a repeating sequence:*<br>● *First image picture*<br>● *Second image picture*<br>● *Black bridging picture*<br>*The sequential order is one or more first image pictures, one or more second image pictures, and one or more bridging pictures.*<br>*This matches the claim's required sequence.* |
| 1.4 | d) placing said first series of pictures on a plurality of picture frames wherein each picture of said first series is placed on a single frame; and | *Target's Digital Signage* can place the first series of pictures on a plurality of picture frames wherein each picture of the first series is placed on a single frame.<br><br><br><binfile:TargetVideoWallBFI.mp4> 2019-03-20<br><br>| CreateDate | 2019:03:20 17:48:28+0000 |<br>\|---\|---\|<br>\| ModifyDate \| 2019:03:20 17:48:28+0000 \| |

|  |  | *A video of the advertisement (attached) was filmed in an Target store in Salem Oregon using a Casio EX-ZR100 camera at 1000 frames per second (fps).   At 1000 fps the video clearly shows the use of BFI.  Digital Signage runs at 60 fps and BFI is only perceived as a slight lessening of brightness.*<br><br>*The signage displays each picture on a separate frame. The metadata confirms:*<br>*"CreateDate 2019:03:20 17:48:28+0000"*<br>*The high-speed video shows each picture occupying a distinct frame at 1000 fps. This satisfies the requirement that each picture is placed on a single frame.* |
|---|---|---|
| 1.5 | e) repeating the first series of pictures a plurality of times to create a continuous plurality of picture frames having said first series thereon, such that when said plurality of picture frames are viewed an appearance of continuous movement is perceived by a viewer. | *Target's Digital Signage can repeat the first series of pictures a plurality of times to create a continuous plurality of picture frames having the first series.  When the plurality of picture frames are viewed, an appearance of continuous movement is perceived by a viewer.*<br><br><br>`<binfile:TargetVideoWallBFI.mp4>` 2019-03-20<br><br>| CreateDate | 2019:03:20 17:48:28+0000 |<br>|---|---|<br>| ModifyDate | 2019:03:20 17:48:28+0000 |<br><br>*A video of the advertisement (attached) was filmed in an Target store in Salem Oregon using a Casio EX-ZR100 camera at 1000 frames per second (fps).   At 1000 fps the video clearly shows the use of BFI.  Digital Signage runs at 60 fps and BFI is only perceived as a slight lessening of brightness.*<br><br>*Because the bridge frame is a solid black image frame, it is different from the first and second image frames.*<br><br>*The signage repeats the sequence continuously.*<br>*Digital Signage runs at 60 fps and BFI is only perceived as a slight lessening of brightness.*<br>*This repetition creates the appearance of continuous movement, exactly as the claim requires.*<br>*The black bridging frame enhances the illusion of motion by interrupting the similar images, matching the patent's method.* |
|  |  |  |