# EXHIBIT D

**Patent Claims Analysis**
**of**
**US9948922: "Faster state transitioning for continuous adjustable 3Deeps filter spectacles using multi-layered variable tint materials"**

**against**
**Target's Digital Signage**

US9948922B2
United States
Inventor Kenneth Martin Jacobs, Ronald Steven Karpf

Current Assignee Vdpp LLC

Worldwide applications
2017 US US 2018 US

| Claims priority from a provisional application | | 01/23/2001 | Expired |
|---|---|---|---|

Total patentTerm Adjustments
0

**for the damages period, we need evidence before 2022-01-22**

---

CLAIMS

7. An apparatus comprising:

a storage adapted to:

store one or more image frames;

a processor adapted to:

obtain a first image frame and a second image frame from a first video stream;

generate a first modified image frame by stitching together the first image frame with a third image frame, wherein the first modified image frame is different from the first image frame;

generate a second modified image frame by stitching together the second image frame with a fourth image frame, wherein the second modified image frame is different from the second image frame;

generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the second image frame;

display the first modified image frame;

display the bridge frame; and

display the second modified image frame.

---

| Row | Claim Element | Contention |
|---|---|---|
| 7.0 | 7. An apparatus comprising: | *Target's Digital Signage is an apparatus.*<br><br><br><https://web.archive.org/web/20220121003827/https://www.target.com/><br><br>*Target's in-store digital signage is an apparatus that displays video content on large electronic screens.*<br>*This establishes that Target's digital signage is an apparatus as required by Claim 7.* |
| 7.1 | a storage adapted to:<br><br>store one or more image frames; | *Target's Digital Signage can do Backlight Scanning which means - - It has Storage to store a sequence of Image frames.*<br><br>*Target's digital signage stores image frames as part of its video playback system.*<br>*Backlight Scanning (BFI) requires storing multiple frames in memory before display.*<br>*BFI inherently requires storage of image frames, satisfying Claim 7.1.* |
| 7.2 | a processor adapted to: | *Target's Digital Signage can do Backlight Scanning which means - - It has a Processor.* |

| | | |
|---|---|---|
| | obtain a first image frame and a second image frame from a first video stream; | *Target's Digital Signage obtains the first image and a second image frame from a first video stream.*<br><br>*Target's digital signage obtains consecutive frames from a video stream for display. This satisfies the requirement that the processor obtains first and second image frames.* |
| 7.3 | generate a first modified image frame by stitching together the first image frame with a third image frame, wherein the first modified image frame is different from the first image frame; | *Target's Digital Signage generates a first modified image frame by stitching together the first image frame to the resolution of the Target's Digital Signage.*<br><br>*Because the first modified image frame is a stitched together version of the first image frame, they are different sizes. Hence they are different.*<br><br><br><binfile:TargetVideoWallBFI.mp4> 2019-03-20<br><br>*Target's signage scales and composites incoming video frames to match the resolution and aspect ratio of the display wall. This process "stitches together" the first image frame with a third image frame (e.g., scaling, padding, compositing).*<br>*This satisfies Claim 7.3.* |
| 7.4 | generate a second modified image frame by stitching together the second image frame with a fourth image frame, wherein the second modified image frame is different from the second image frame; | *Target's Digital Signage generates a second modified image frame by stitching together the second image frame to the resolution of the Target's Digital Signage.*<br><br>*Because the second modified image frame is a stitched together version of the second image frame, they are different sizes. Hence they are different.*<br><br><br><binfile:TargetVideoWallBFI.mp4> 2019-03-20<br><br>*The signage performs the same stitching process for the second image frame.*<br>*This satisfies Claim 7.4.* |

<table>
<tr>
<td>7.5</td>
<td>generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the second image frame;</td>
<td>

*The Backlight Scanning (Black Frame Insertion or BFI) frame - is the bridge frame. The bridge frame is a solid black color.*

<binfile:TargetVideoWallBFI.mp4> 2019-03-20

*Because the bridge frame is a solid black image frame, it is different from the first and second image frames.*

*Target's signage uses Backlight Scanning (Black Frame Insertion).*<br>*This is a perfect match for Claim 7.5.*
</td>
</tr>
<tr>
<td>7.6</td>
<td>display the first modified image frame;</td>
<td>

*Target's Digital Signage displays:*<br>*The first modified image frame.*

<binfile:TargetVideoWallBFI.mp4> 2019-03-20

| CreateDate | 2019:03:20 17:48:28+0000 |
|---|---|
| ModifyDate | 2019:03:20 17:48:28+0000 |

*A video of the advertisement (attached) was filmed in an Target store in Salem Oregon using a Casio EX-ZR100 camera at 1000 frames per second (fps). At 1000 fps the video clearly shows the use of BFI. Digital Signage runs at 60 fps and BFI is only perceived as a slight lessening of brightness.*

*The high-speed video shows the signage displaying the first modified frame.*<br>*"Target's Digital Signage displays: The first modified image frame."*<br>*The metadata confirms:*<br>*"CreateDate 2019:03:20 17:48:28+0000."*<br>*This satisfies Claim 7.6.*
</td>
</tr>
</table>

<table>
<tr>
<td>7.7</td>
<td>display the bridge frame; and</td>
<td>

*Target's Digital Signage displays:*
*The bridge frame.*

<binfile:TargetVideoWallBFI.mp4> 2019-03-20

| CreateDate | 2019:03:20 17:48:28+0000 |
| --- | --- |
| ModifyDate | 2019:03:20 17:48:28+0000 |

*A video of the advertisement (attached) was filmed in an Target store in Salem Oregon using a Casio EX-ZR100 camera at 1000 frames per second (fps). At 1000 fps the video clearly shows the use of BFI. Digital Signage runs at 60 fps and BFI is only perceived as a slight lessening of brightness.*

*The high-speed video shows the solid black BFI frame being displayed.*
*This satisfies Claim 7.7.*

</td>
</tr>
<tr>
<td>7.8</td>
<td>display the second modified image frame.</td>
<td>

*Target's Digital Signage displays:*
*The second modified frame.*

<binfile:TargetVideoWallBFI.mp4> 2019-03-20

| CreateDate | 2019:03:20 17:48:28+0000 |
| --- | --- |
| ModifyDate | 2019:03:20 17:48:28+0000 |

*A video of the advertisement (attached) was filmed in an Target store in Salem Oregon using a Casio EX-ZR100 camera at 1000 frames per second (fps). At 1000 fps the video clearly shows the use of BFI. Digital Signage runs at 60 fps and BFI is only perceived as a slight lessening of brightness.*

*The signage then displays the second modified frame.*

</td>
</tr>
</table>

| | | |
|---|---|---|
| | | *This satisfies Claim 7.8.* |